*WHEN RECORDED MAIL TO:*

Brett H. Ramsaur (SBN 281566)
Ramsaur Law Office
27075 Cabot Road, Suite 110
Laguna Hills, CA 92653

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LENARD E. SCHWARTZER, in his capacity as CHAPTER 7 TRUSTEE,<br><br>           PLAINTIFF(S),<br>v.<br><br>DIANNE HUTCHINGS,<br><br>           DEFENDANT(S). | CASE NUMBER:<br><br>CV 2:22-cv-09142-PSG (JPRx)<br><br>**ABSTRACT OF JUDGMENT/ORDER** |

I certify that in the above-entitled action and Court, Judgment/Order was entered on October 26, 2022 in favor of LENARD E. SCHWARTZER, in his capacity as CHAPTER 7 TRUSTEE whose address is c/o Ramsaur Law Office; 27075 Cabot Road, Suite 110, Laguna Hills, CA 92653 and against DIANNE HUTCHINGS whose last known address is 16153 Evansdale Way, Victorville, CA 92395 for $ 119,988.23    Principal,  $ 0.00    Interest,  $ 0.00    Costs, and $ 0.00    Attorney Fees.

ATTESTED this _____ day of _____, 20__.
Judgment debtor's driver's license no. and state; _____ (last 4 digits) ☑ Unknown.
Judgment debtor's Social Security number; 2253 (last 4 digits) ☐ Unknown.
☑ No stay of enforcement ordered by Court
☐ Stay of enforcement ordered by Court, stay date ends _____

Judgment debtor's attorney's name and address and/or address at which summons was served:

16153 Evansdale Way, Victorville, CA 92395

CLERK, U.S. DISTRICT COURT

By _____
   Deputy Clerk

*NOTE: JUDGMENTS REGISTERED UNDER 28 U.S.C. §1963 BEAR THE RATE OF INTEREST OF THE DISTRICT OF ORIGIN AND CALCULATED AS OF THE DATE OF ENTRY IN THAT DISTRICT.*

G-18 (03/12)                         ABSTRACT OF JUDGMENT/ORDER