## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:22-cv-09142-RGK-JPR | Date | April 3, 2026 |
|---|---|---|---|
| Title | In re: Welscorp, Inc. | | |

| Present: The Honorable | R. GARY KLAUSNER, U.S. District Judge |
|---|---|

| Joseph Remigio | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**     **(IN CHAMBERS) ORDER SETTING BRIEFING SCHEDULE**

Before the Court is Movant Russell J. Singer's Motion for Order Substituting Russell J. Singer as Assignee of Judgment Pursuant to FRCP 25(c) [19].  The Court sets the following briefing schedule:

| Oppositions due by: | May 3, 2026 |
|---|---|
| Reply, if any, due by: | June 3, 2026. |

The motion will stand submitted without oral argument upon the filing of a reply or upon expiration of the reply deadline.  The Court's ruling will issue upon full consideration of properly submitting briefing.

IT IS SO ORDERED.

_____ : _____

Initials of Preparer   jre