# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

LENARD E. SCHWARTZER

PLAINTIFF(S)

v.

DIANNE HUTCHINGS

DEFENDANT(S).

CASE NUMBER:

2:22–cv–09142–RGK–JPR

**ORDER TO STRIKE ELECTRONICALLY FILED DOCUMENT(S)**

The Court hereby **ORDERS** the documents listed below be **STRICKEN** for failure to comply with the Court's Local Rules, General Orders, and/or Case Management Order, as indicated:

  4/3/2026    /    24    /    Motion for Order Substituting
*Date Filed*         *Doc. No.*            *Title of Document*
 __           /    __    /    __
*Date Filed*         *Doc. No.*            *Title of Document*

Other:
Duplicative to Motion filed at docket entry 19.

Dated: April 7, 2026

By: /s/ *R. Gary Klausner*
U.S. District Judge

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

G–106 (6/12)      ORDER TO STRIKE ELECTRONICALLY FILED DOCUMENT(S)