UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:22-cv-09142-RGK-JPR | Date | June 8, 2026 |
| --- | --- | --- | --- |
| | 2:22-cv-09186-RGK-MAR | | |
| | 2:22-cv-09278-RGK-MAR | | |
| Title | ***In Re: Welscorp, Inc.*** | | |

Present: The Honorable    R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE

| Joseph Remigio | Not Reported | N/A |
| --- | --- | --- |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiff:                Attorneys Present for Defendant:

Not Present                                Not Present

**Proceedings:**        **(IN CHAMBERS) Order Re: Motions to Substitute Russell J. Singer as Assignee of Judgment Pursuant to FRCP 25(c) [19]**

On December 22, 2025, Lenard E. Schwartzer and Russell J. Singer executed an assignment of judgments in which Lenard E. Schwartzer, as Plaintiff/Judgment Creditor, assigned his interest in the judgments of three cases to Russell J. Singer. Russell J. Singer now moves to be substituted as Plaintiff in these three cases. (Case No. 2:22-cv-09142-RGK-JPR, ECF No. 19; Case No. 2:22-cv-09186-RGK-MAR, ECF No. 14; Case No. 2:22-cv-09278-RGK-MAR, ECF No. 18.) The Court, having considered the Motions of Russell J. Singer to substitute as assignee of the judgment and successor in interest pursuant to Federal Rule of Civil Procedure 25(c), the Memorandum of Points and Authorities, the Declaration of Russell J. Singer, the exhibits thereto, and good cause appearing therefore:

**IT IS HEREBY ORDERED** that the Motions are **GRANTED.**

In case number 2:22-cv-09142-RGK-JPR, Russell J. Singer is hereby substituted as Plaintiff/Judgment Creditor in place of Lenard E. Schwartzer, Chapter 7 Trustee, for all purposes of post-judgment enforcement, including writs of execution and abstracts of judgment, as to the $119,988.23 judgment against Dianne Hutchings.

In case number 2:22-cv-09186-RGK-MAR, Russell J. Singer is hereby substituted as Plaintiff/Judgment Creditor in place of Lenard E. Schwartzer, Chapter 7 Trustee, for all purposes of post-judgment enforcement, including writs of execution and abstracts of judgment, as to the $20,000 judgment against Bryan Centola and the $35,405.98 judgment against Oomph Mode, Inc.

In case number 2:22-cv-09278-RGK-MAR, Russell J. Singer is hereby substituted as Plaintiff/Judgment Creditor in place of Lenard E. Schwartzer, Chapter 7 Trustee, for all purposes of

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:22-cv-09142-RGK-JPR | Date | June 8, 2026 |
|---|---|---|---|
| | 2:22-cv-09186-RGK-MAR | | |
| | 2:22-cv-09278-RGK-MAR | | |
| Title | *In Re: Welscorp, Inc.* | | |

post-judgment enforcement, including writs of execution and abstracts of judgment, as to the $54,986.08 judgment against Danyelle Ramirez.

The Clerk of the Court shall edit the docket to substitute Rusell J. Singer as Plaintiff in all three cases.

**IT IS SO ORDERED.**

_____ : _____

Initials of Preparer                    JRE/sh