Russell J. Singer
PO Box 485
Laguna Beach, CA 92652
russell@adobejudgmentcollections.com
Tel: 949.280.4336
Assignee/Judgment Creditor, In Pro Per

FILED

2026 AUG -6 PM 1:51

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY_____

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

RUSSELL J. SINGER, substituted
Plaintiff/Judgment Creditor

**PLAINTIFF(S)**

v.

DIANNE HUTCHINGS

**DEFENDANT(S).**

**CASE NUMBER**

2:22-cv-09142-RGK-JPR

**AFFIDAVIT AND REQUEST FOR ISSUANCE OF WRIT OF EXECUTION**

☒ State of California, County of Orange

☐ State of _____, County of _____

I, Russell J. Singer _____ hereby state under penalty of perjury that,

1.  Judgment for $ 119,988.23 ___ was entered on October 26, 2022 on the docket of the above-entitled action in the U. S. District Court, Central District of California in favor of Lenard E. Schwartzer, Trustee as Judgment Creditor, and against Dianne Hutchings as Judgment Debtor.

    **If this is a Registered Judgment from another Court or District, include the following information.*** Said Judgment was registered herein under Title 28, U.S. Code, Section 1963, being a Judgment which was obtained in Civil Case Number 21-01198-ABL ___ in the United States District Court for the _____ District of Nevada ___ and which has become FINAL.

2.  I am the Judgment Creditor, or the attorney for said Judgment Creditor, and request issuance of a Writ of Execution on the Judgment.

3.  ACCRUED since the entry of judgment in the _____ District of Nevada are the following sums:
    $ 6,653.77 ___ accrued interest, computed at 1.30 % *(See note.)*
    $ 0.00 ___ accrued costs

Credit must be given for payments and partial satisfaction in the amount of $ 0.00 ___ which is to be credited against the total accrued costs and accrued interest, with any excess credited against the judgment as entered.

I declare under penalty of perjury that the foregoing is true and correct. Executed at Laguna Beach ___,
State of California ___, this 30 date of July ___, 2026 .

_____
Signature

***Note:** Judgments registered under 28 U.S.C. §1963 bear the rate of interest of the district of origin and calculated as of the date of entry in that district.

CV-24 (06/01)      AFFIDAVIT AND REQUEST FOR ISSUANCE OF WRIT OF EXECUTION

# ATTACHMENT 1 TO CV-24

## CLARIFICATION OF JUDGMENT AND REGISTRATION DATES

Case No. 2:22-cv-09142-RGK-JPR

1. Original judgment date. The judgment underlying this registered judgment was entered on March 28, 2022, by the United States Bankruptcy Court for the District of Nevada in Adversary Proceeding No. 21-01198-ABL.

2. Registration date. The judgment was registered in the United States District Court for the Central District of California on October 26, 2022, under 28 U.S.C. section 1963, as Case No. 2:22-cv-09142-RGK-JPR.

3. Form references. The October 26, 2022 date shown in item 1 of CV-24 is the date of registration on the Central District of California docket. The March 28, 2022 date shown on CV-23 and SER-001A is the date the originating Nevada judgment was entered.

4. Interest date. Consistent with the note printed on CV-24, the originating judgment date controls the post-judgment interest calculation for the registered judgment.

This attachment is incorporated into the accompanying Affidavit and Request for Issuance of Writ of Execution (CV-24).