UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:22-cv-09142-RGK-MAR | Date | September 21, 2026 |
| Title | ***In Re: Welscorp Inc.*** | | |

| | | |
|---|---|---|
| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | |
| Joseph Remigio | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| | |
|---|---|
| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS) Order Re: Plaintiff's Application [32]**

## I. INTRODUCTION

On September 15, 2026, Russell J. Singer ("Plaintiff") filed an Application for Order for Sale of Dwelling and Request for Order to Show Cause ("Application"). (ECF No. 32.) The Application appears to be made on an *ex parte* basis. (*See* Application at 2.)

For the following reasons, the Court **DENIES** the Application.

## II. JUDICIAL STANDARD

To justify *ex parte* relief, the movant must show: (1) "why the . . . ultimate relief requested cannot be calendared in the usual manner[;]" and (2) that he is "without fault in creating the crisis that requires *ex parte* relief." *Mission Power Eng'g Co. v. Cont'l Cas. Co.*, 883 F. Supp. 488, 492 (C.D. Cal. 1995).

## III. DISCUSSION

Plaintiff fails to meet the standard needed to justify *ex parte* relief.

Plaintiff must show "why the accompanying proposed motion for the ultimate relief requested cannot be calendared in the usual manner. [T]he evidence must show that the moving party's cause will be irreparably prejudiced if the underlying motion is heard according to regular noticed motion procedures." *Mission Power Eng'g Co. v. Cont'l Cas. Co.*, 883 F. Supp. at 492.

Plaintiff fails to establish why his *Ex Parte* Application cannot be calendared in the usual manner. It is not clear to the Court why Plaintiff requires immediate action through the *ex parte* process. Plaintiff alleges no facts that specify why the Court *must* grant him relief by way of the current Application or risk irreparable prejudice should the merits of the Application be heard according to the

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:22-cv-09142-RGK-MAR | Date | September 21, 2026 |
| Title | ***In Re: Welscorp Inc.*** | | |

regular noticed motion procedures. Accordingly, Plaintiff fails to meet the first element of the *Mission Power* test, and *ex parte* relief is not justified.

## IV. CONCLUSION

For the foregoing reasons, Plaintiff's Application is **DENIED**.

**IT IS SO ORDERED.**

:

Initials of Preparer JRE