FILED

2026 OCT -7 PM 2:52

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY ______

Russell J. Singer
P.O. Box 485
Laguna Beach, California 92652
Telephone: (949) 280-4336
Email: russell@adobejudgmentcollections.com
Judgment Creditor, in pro per

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RUSSELL J. SINGER, substituted Plaintiff and Judgment Creditor (assignee of Lenard E. Schwartzer, Chapter 7 Trustee),<br><br>v.<br><br>DIANNE HUTCHINGS,<br><br>Defendant and Judgment Debtor. | Case No. 2:22-cv-09142-RGK-JPR<br>Hon. R. Gary Klausner<br><br>**PROOF OF SERVICE BY MAIL OF NOTICED APPLICATION FOR ORDER FOR SALE OF DWELLING**<br><br>Hearing: Monday, November 9, 2026, at 9:00 a.m.<br>Courtroom 850, 8th Floor<br>Hon. R. Gary Klausner |

I, ________________________________, declare:

1. I am over the age of 18 years and not a party to this action. My business address is ________________________________________________, California.

2. On October ___, 2026, I served the following documents: (a) Notice of Motion and Noticed Application for Order for Sale of Dwelling and for Issuance of Order to Show Cause; Verified Application; Memorandum of Points and Authorities; Declaration of Russell J. Singer, with Exhibits; (b) [Proposed] Order to Show Cause Why Order for Sale of Dwelling Should Not Be Made; and (c) [Proposed] Order for Sale of Dwelling. This proof covers service of the noticed

application only. Service of the Order to Show Cause after it is issued by the Court, with the application and the Notice of Hearing on Right to Homestead Exemption (Judicial Council Form EJ-180), under Code of Civil Procedure section 704.770(b), will be shown by a separate proof of service.

3. BY MAIL: I served the documents on judgment debtor Dianne J. Hutchings by placing true copies in sealed envelopes, with first-class postage fully prepaid, addressed as follows, and depositing them with the United States Postal Service at ________________________, California: (i) Dianne J. Hutchings, [street address and ZIP code redacted from the public filing under L.R. 5.2-1; stated in full on the service envelopes], Victorville, California; and (ii) Dianne J. Hutchings, [street address and ZIP code redacted from the public filing under L.R. 5.2-1], Los Angeles, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October ____, 2026, at ________________________, California.

__________________________________________

_________________________________

(Print name)