Attorney or Party without Attorney:
Adobe Judgment
303 Broadway #204-1
Laguna Beach, CA 92651
TELEPHONE No.: (949) 513-0881 FAX No. (Optional):
Attorney for: Judgment Creditor, in pro per Russell J. Singer

Ref No. or File No.: Hutchings

FOR COURT USE ONLY

FILED
2026 OCT -7 PM 4:34
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY ___ ong

Insert name of Court, and Judicial District and Branch Court:
United States District Court - 1st Street Federal Courthouse - Western Division - 1st Street Federal Courthouse

Plaintiff: Russell J. Singer, substituted Plaintiff and Judgment Creditor (assignee of Lenard E. Schwartzer, Chapter 7 Trustee)

Defendant: Dianne J. Hutchings

| PROOF OF SERVICE BY MAIL | HEARING DATE: | TIME: | DEPT.: | CASE NUMBER: 2:22-cv-09142-RGK-JPR |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occured.

2. I served copies of the Notice of Motion and Noticed Application for Order for Sale of Dwelling and for Issuance of Order to Show Cause; Verified Application; Memorandum of Points and Authorities [Fed. R. Civ. P. 69(a); Cal. Code Civ.Proc. §§ 704.740–704.850]; Declaration of Russell J. Singer in Support of Noticed Application for Order for Sale of Dwelling; Exhibit Index; [Proposed] Order to Show Cause Why Order for Sale of Dwelling Should Not Be Made [Cal. Code Civ. Proc. § 704.770]; [Proposed] Order for Sale of Dwelling [Cal. Code Civ. Proc. §§ 704.780, 704.820]

3. By placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Los Angeles, California, addressed as follows:

| | |
|---|---|
| a. Date of Mailing: | October 6, 2026 |
| b. Place of Mailing: | Los Angeles, CA |
| c. Addressed as follows: | Dianne J. Hutchings<br>471 Canyon Vista Dr<br>Los Angeles, CA 90065-3912 |

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.

Fee for Service: **$ 122.19**
**ON-CALL LEGAL**
**2476 Overland Avenue, Third Floor**
**Los Angeles, CA 90064**
**(310) 858-9800**
**Ref: Hutchings**

I declare under penalty of perjury under the laws of the The State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **October 7, 2026**.

Signature: [signature]
**Mark Simental**