ATTORNEY OR PARTY WITHOUT ATTORNEY (*Name, State Bar number, and address*)

Adobe Judgment
303 Broadway #204-1 Laguna Beach, CA 92651

TELEPHONE NO.: (949) 513-0881 | FAX NO.
E-MAIL ADDRESS
ATTORNEY FOR (*Name*): Judgment Creditor, in pro per: Russell J. Singer

FOR COURT USE ONLY

FILED
2026 OCT -7 PM 3:00
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY Ong

**United States District Court - 1st Street Federal Courthouse**
STREET ADDRESS: 350 West 1st Street
MAILING ADDRESS:
CITY AND ZIP CODE: Los Angeles, CA 90012
BRANCH NAME: Western Division - 1st Street Federal Courthouse

PLAINTIFF: **Russell J. Singer, substituted Plaintiff and Judgment Creditor (assignee of Lenard E. Schwartzer, Chapter 7 Trustee)**
DEFENDANT: **Dianne J. Hutchings**

CASE NUMBER: **2:22-cv-09142-RGK-JPR**

Ref. No. or File No.: **Hutchings**

# PROOF OF SERVICE

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION
**I SERVED COPIES** OF THE FOLLOWING DOCUMENTS:

**Notice of Motion and Noticed Application for Order for Sale of Dwelling and for Issuance of Order to Show Cause; Verified Application; Memorandum of Points and Authorities [Fed. R. Civ. P. 69(a); Cal. Code Civ. Proc. §§ 704.740–704.850]; Declaration of Russell J. Singer in Support of Noticed Application for Order for Sale of Dwelling; Exhibit Index; [Proposed] Order to Show Cause Why Order for Sale of Dwelling Should Not Be Made [Cal. Code Civ. Proc. § 704.770]; [Proposed] Order for Sale of Dwelling [Cal. Code Civ. Proc. §§ 704.780, 704.820]**

PARTY SERVED: **Dianne J. Hutchings**

DATE & TIME OF DELIVERY: **10/6/2026**
**3:00 PM**

ADDRESS, CITY, AND STATE: **16153 Evansdale Way**
**Victorville, CA 92395-9531**

MANNER OF SERVICE:
**By Mail: By enclosing the document(s) in a sealed envelope or package addressed to the persons at the addresses listed above and placing the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.**

Fee for Service: $ 122.89
County: Los Angeles
Registration No.: 2018048510
ON-CALL LEGAL
2476 Overland Avenue, Third Floor
Los Angeles, CA 90064
(310) 858-9800
Ref: Hutchings

I declare under penalty of perjury under the laws of the The State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on October 7, 2026.

Signature: Mark Simental
Mark Simental

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*

FOR COURT USE ONLY

Adobe Judgment
303 Broadway #204-1 Laguna Beach, CA 92651

TELEPHONE NO.: (949) 513-0881 | FAX NO.
E-MAIL ADDRESS
ATTORNEY FOR *(Name)*: Judgment Creditor, in pro per: Russell J. Singer

**United States District Court - 1st Street Federal Courthouse**
STREET ADDRESS: 350 West 1st Street
MAILING ADDRESS:
CITY AND ZIP CODE: Los Angeles, CA 90012
BRANCH NAME: Western Division - 1st Street Federal Courthouse

PLAINTIFF: **Russell J. Singer, substituted Plaintiff and Judgment Creditor (assignee of Lenard E. Schwartzer, Chapter 7 Trustee)**
DEFENDANT: **Dianne J. Hutchings**

CASE NUMBER: **2:22-cv-09142-RGK-JPR**

**AFFIDAVIT OF REASONABLE DILIGENCE**

Ref. No. or File No.: **Hutchings**

I, Mark Simental , declare: I am a Registered Process Server and was retained to serve process in the above-referenced matter on the following person or entity: Dianne J. Hutchings as follows:
Documents:

**See Documents on Attached List**

I attempted personal service on the following dates and times with the following results:

| **Date** | **Time** | **Location** | **Results** |
|---|---|---|---|
| 10/6/2026 | 3:00 PM | Home | BY MAILED<br>BY FIRST CLASS MAIL, BY FIRST CLASS MAIL, |

Fee for Service: **$ 122.89**
County: **Los Angeles**
Registration No.: **2018048510**
**ON-CALL LEGAL**
**2476 Overland Avenue, Third Floor**
**Los Angeles, CA 90064**
**(310) 858-9800**
**Ref: Hutchings**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on October 7, 2026.

Signature: Mark Simental
**Mark Simental**

ON-CALL LEGAL

ON-CALL LEGAL
2476 Overland Avenue, Third Floor
Los Angeles, CA 90064
Phone: ((31) 0) -858- x 9800 Fax: ((88) 8) -543- x 5126
www.oncalllegal.com

Continued from Proof of Service

**CLIENT:** Adobe Judgment

**CLIENT FILE #:** Hutchings

**DATE:** October 7, 2026

**SUBJECT:** Dianne J. Hutchings

Notice of Motion and Noticed Application for Order for Sale of Dwelling and for Issuance of Order to Show Cause; Verified Application; Memorandum of Points and Authorities [Fed. R. Civ. P. 69(a); Cal. Code Civ. Proc. §§ 704.740-704.850]; Declaration of Russell J. Singer in Support of Noticed Application for Order for Sale of Dwelling; Exhibit Index; [Proposed] Order to Show Cause Why Order for Sale of Dwelling Should Not Be Made [Cal. Code Civ. Proc. § 704.770]; [Proposed] Order for Sale of Dwelling [Cal. Code Civ. Proc. §§ 704.780, 704.820]

**614604**