FILED

2026 OCT 13 PM 3:46

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY

Russell J. Singer
P.O. Box 485
Laguna Beach, California 92652
Telephone: (949) 280-4336
Email: russell@adobejudgmentcollections.com
Judgment Creditor, in pro per

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL J. SINGER, substituted Plaintiff and Judgment Creditor (assignee of Lenard E. Schwartzer, Chapter 7 Trustee), | Case No. 2:22-cv-09142-RGK-JPRX<br>Hon. R. Gary Klausner |
| v. | **NOTICE OF ERRATA AND LODGING OF CORRECTED PROPOSED ORDER FOR SALE OF DWELLING** |
| DIANNE HUTCHINGS, Defendant and Judgment Debtor. | |

TO THE COURT AND ALL PARTIES:

Judgment Creditor Russell J. Singer gives notice that the proposed order for sale of dwelling included in the package presented on October 7, 2026 contained an earlier version of two paragraphs. A corrected proposed order is lodged with this notice. The earlier proposed sale order is identified by its presentation date and title because its docket number is not yet available.

The correction is limited to the following two substantive changes, together with identification of the proposed order as corrected:

1. Finding 5. The corrected finding refers to the evidence received at the hearing, including any trust instrument or other evidence produced. It limits any inference from nonproduction to a failure by Judgment Debtor, having disputed revocability or settlor status, to produce the trust instrument as directed by the Order to Show Cause, and makes any such inference expressly subject to the Court's discretion. It removes the earlier recital expressly identifying the California situs of the conveyances and the Victorville tax-statement address as premises for the finding. The requested determinations concerning domicile, settlor status, revocability and the reach of the levy remain proposed findings for the Court to consider on the hearing record. See Application paragraphs 9–10 and memorandum section IV.

2. Coordinated sale paragraph. The corrected order removes the provision permitting the Marshal, in its discretion, to offer the Hutchings and Ramirez interests at the same sale if the parallel Ramirez application is granted. It retains the provision preserving Bryan Centola's interest. The application requests coordination of hearings and does not request an order directing a combined sale. See Application paragraph 15 and memorandum section VII.

The correction concerns only the proposed sale order. No amendment to the application, declaration, exhibits or proposed order to show cause is submitted with this notice. The corrected proposed order continues to request relief only after the hearing and the Court's required findings. No executed sale order is represented by this submission.

Judgment Creditor requests that the Court consider the corrected proposed sale order in place of the earlier proposed sale order. This notice does not purport to remove or alter an existing docket entry. The corresponding editable Word version will be transmitted to chambers after lodging.

Dated: Oct 8, 2026

Russell J. Singer

Russell J. Singer

Judgment Creditor, in pro per