ORIGINAL
FILED

Russell J. Singer
P.O. Box 485
Laguna Beach, California 92652
Telephone: (949) 280-4336
Email: russell@adobejudgmentcollections.com
Judgment Creditor, in pro per

2026 NOV -5 PM 1:54

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: ASP

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL J. SINGER, substituted Plaintiff and Judgment Creditor (assignee of Lenard E. Schwartzer, Chapter 7 Trustee),<br><br>v.<br><br>DIANNE HUTCHINGS, Defendant and Judgment Debtor. | Case No. 2:22-cv-09142-RGK-JPR<br><br>Hon. R. Gary Klausner<br><br>**NOTICE OF WITHDRAWAL OF UNSIGNED PROOF OF SERVICE (DKT. 38)**<br><br>[Motion under submission, Dkt. 49; no hearing] |

TO THE COURT AND ALL PARTIES:

Judgment Creditor Russell J. Singer withdraws the Proof of Service by Mail filed October 7, 2026 (Dkt. 38). It was filed in error. It is an unsigned, undated form.

The noticed application and its supporting papers (Dkt. 36, 37) were served on Judgment Debtor Dianne J. Hutchings by first-class mail on October 6, 2026, at her Victorville and Los Angeles addresses. That service is shown by the signed proofs of service of On-Call Legal (Dkt. 39, 40, 41).

This notice withdraws Dkt. 38 only. It changes nothing else in the application and presents no new argument. Judgment Creditor asks the Court to disregard Dkt. 38.

Dated: Nov 5th 2026

Russell J. Singer
Russell J. Singer
Judgment Creditor, in pro per