# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: Welscorp, Inc.<br><br>RUSSELL J. SINGER, substituted Plaintiff and Judgment Creditor (assignee of Lenard E. Schwartzer, Chapter 7 Trustee),<br><br>v.<br><br>DIANNE HUTCHINGS,<br><br>Defendant and Judgment Debtor. | Case No. 2:22-cv-09142-RGK-JPR<br>Hon. R. Gary Klausner<br>**AMENDED**<br>**~~[PROPOSED]~~ ORDER TO SHOW CAUSE WHY ORDER FOR SALE OF DWELLING SHOULD NOT BE MADE** [Cal. Code Civ. Proc. § 704.770]<br><br>[36]<br><br>Hearing: January 25, ~~2026~~ 2027, 9:00 a.m.<br>Courtroom 850, 8th Floor<br>Hon. R. Gary Klausner |

Judgment creditor Russell J. Singer ("Judgment Creditor") has filed a noticed application for an order for sale of the interest of judgment debtor Dianne J. Hutchings ("Judgment Debtor") in the dwelling and real property located at 471 Canyon Vista Drive, Los Angeles, California 90065, Assessor's Parcel No. 5465-009-016 (the "Dwelling"), under Federal Rule of Civil Procedure 69(a) and California Code of Civil Procedure sections 704.740 through 704.850 (the "Application"). The Court GRANTS the request to order Judgment Debtor to show cause.

THEREFORE, IT IS ORDERED THAT, pursuant to California Code of Civil Procedure section 704.770(a), Judgment Debtor and any other party in interest shall appear on January 25, ~~2026~~ 2027, at 9:00 a.m., in Courtroom 850, 8th Floor, of the Roybal Federal Building and United States Courthouse, 255 East Temple Street, Los Angeles, California 90012, before the Honorable R. Gary Klausner, to show cause, if any, why an order for the sale of Judgment Debtor's interest in the Dwelling should not be made in accordance with the Application.

Good cause appearing to permit the service required by section 704.770(b), the Court sets the hearing more than 45 days after the filing of the Application, if the date set below so requires. Cal. Code Civ. Proc. § 704.770(a).

IT IS FURTHER ORDERED THAT Judgment Debtor and any other party in interest shall file any opposition to the Application no later than January 5, ~~2026~~ 2027. Any reply by Judgment Creditor shall be filed no later than January 19, ~~2026~~ 2027. Any opposition contending that the Hutchings Family Trust dated February 21, 2018 is irrevocable, or that Judgment Debtor is not a settlor of that trust, shall attach a complete copy of the trust instrument and all amendments.

IT IS FURTHER ORDERED THAT Judgment Creditor shall serve, personally or by mail, a copy of this Order to Show Cause, the Application, and the notice of hearing in the form prescribed by the California Judicial Council (Form EJ-180, Notice of Hearing on Right to Homestead Exemption) on Judgment Debtor. Cal. Code Civ. Proc. § 704.770(b)(1). Copies of each of these documents shall also be personally served on the occupant(s) of the Dwelling or, if no occupant is present at the time service is attempted, posted in a conspicuous place at the Dwelling. Id. § 704.770(b)(2). Service and posting of these documents shall be accomplished at least thirty (30) days before the date of the hearing set forth above, or at least thirty-five (35) days before that date if service on Judgment Debtor is made by mail. Cal. Code Civ. Proc. § 684.120(b)(1). Judgment Creditor shall promptly file proof of service.

IT IS SO ORDERED.

Dated: November 10, 2026

HON. R. GARY KLAUSNER
United States District Judge